### 3591. Moss & Co. v. Postal Telegraph-Cable Co.

Russell, J. In view of the decision of this court when the case was first before it (*Postal Telegraph-Cable Co.* v. *Moss,* 5 *Ga. App.* 503, 63 S. E. 590), the trial judge did not err in directing a verdict for the defendant. The amendment offered on the second trial did not materially affect any feature of the case, and this case is fully within the principle of res judicata.

> *Judgment affirmed. Pottle, J., not presiding.*
> Decided September 24, 1912.

Action for damages; from city court of Athens—Judge West. May 27, 1911.

*T. S. Mell,* for plaintiff.

*Anderson, Felder, Rountree & Wilson, John J. Strickland,* for defendant.